HARRY RADER, Respondent, *v.* MAURICE SIMMONS, Individually and as Property Clerk of the Police Department of the City of New York, Appellant.

Submitted March 1, 1943; decided March 11, 1943.

*Arthur Morris* and *Morris Okoshken* for motion.

*Thomas D. Thacher, Corporation Counsel* (*Paxton Blair* of counsel), opposed.

Motion denied with ten dollars costs.